**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 05-1241**

—————————

MORRIS LAW OFFICE, P.C., A Virginia
Professional Corporation,

                                   Plaintiff - Appellee,

        and

TEE ENGINEERING COMPANY, INCORPORATED, A
Kentucky Corporation,

                                   Defendant - Appellee,

        versus

JAMES EDDIE TATUM; ANN TATUM,

                                   Defendants - Appellants.

—————————

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.  James H. Michael, Jr.,
Senior District Judge.  (CA-03-35)

—————————

Submitted:  August 15, 2005          Decided:  August 24, 2005

—————————

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

James Eddie Tatum and Ann Tatum, Appellants Pro Se.  Walton Davis
Morris, Jr., Charlottesville, Virginia, Peter Booth Vaden,

Charlottesville, Virginia; David Brian Rubinstein, Fredericksburg, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Eddie Tatum and Ann Tatum appeal the district court's order accepting the recommendation of the magistrate judge and granting, in part, the Morris Law Office's motion for summary judgment and Tee Engineering's motion for summary judgment. We find that the Tatums failed to file timely objections to the magistrate judge's report and have therefore waived appellate review of the substance of the recommendation. See Thomas v. Arn, 474 U.S. 140, 155 (1985); Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985). Accordingly, we affirm the decision of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED